# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 30, 2019

157783

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JAVAR BRAD LASENBY,
      Defendant-Appellant.

SC: 157783
COA: 340578
Monroe CC: 06-034998-FH

_____/

      On order of the Court, the application for leave to appeal the March 21, 2018 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 30, 2019



t0422

Clerk